1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT G. SMITH,

11              Plaintiff,                    No. CIV S-07-1675 GEB GGH P

12        vs.

13   ANTI, et al.,

14              Defendants.           FINDINGS & RECOMMENDATIONS

15   _____/

16              By order filed December 14, 2007, the court granted plaintiff thirty days to file an

17   amended complaint.  In the December 14th order, the court informed plaintiff of the deficiencies

18   in his complaint.  The thirty day period has now expired, and plaintiff has not filed an amended

19   complaint or otherwise responded to the court's order.

20              For the reasons given in the December 14, 2007, order, IT IS HEREBY

21   RECOMMENDED that this action be dismissed with prejudice.  See Local Rule 11-110; Fed. R.

22   Civ. P. 41(b).

23              These findings and recommendations are submitted to the United States District

24   Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within

25   twenty days after being served with these findings and recommendations, plaintiff may file

26   written objections with the court.  The document should be captioned "Objections to Magistrate

1

1  Judge's Findings and Recommendations."   Plaintiff is advised that failure to file objections

2  within the specified time may waive the right to appeal the District Court's order.

3  DATED: 04/17/08

/s/ Gregory G. Hollows

4

GREGORY G. HOLLOWS
5                                                                UNITED STATES MAGISTRATE JUDGE

GGH:035
6  smit1675.fta

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26