IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT G. SMITH,

        Plaintiff,                    No. CIV S-07-1675 GEB GGH P

    vs.

ANTI, et al.,

        Defendants.             <u>ORDER</u>

/

        By order filed December 14, 2007, the court granted plaintiff thirty days to file an amended complaint.  Thirty days passed and plaintiff did not file an amended complaint.  Accordingly, on April 17, 2008, the court recommended that this action be dismissed.

        On May 1, 2008, plaintiff filed objections to the findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. The April 17, 2008, findings and recommendations are vacated;

        2. Plaintiff is granted twenty days from the date of this order to file an amended complaint.

DATED: 05/15/08                                /s/ Gregory G. Hollows

                                          UNITED STATES MAGISTRATE JUDGE

sm1675.vac

1