IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT G. SMITH,

        Plaintiff,                  No. CIV S-07-1675 GEB GGH P

    vs.

ANTI, et al.,

        Defendants.        <u>ORDER</u>

_____/

        On May 15, 2008, the court ordered plaintiff to file an amended complaint within twenty days. On May 30, 2008, plaintiff filed a request for extension of time to file an amended complaint.

        Good cause appearing, IT IS HEREBY ORDERED that plaintiff's amended complaint is due within thirty days of the date of this order; failure to file an amended complaint within that time will result in a recommendation of dismissal of this action.

DATED: 06/27/08

                                       /s/ Gregory G. Hollows

                                       UNITED STATES MAGISTRATE JUDGE

sm1675.eot

1