1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT G. SMITH,

11              Plaintiff,                    No. CIV S-07-1675 GEB GGH P

12       vs.

13   ANTI, et al.,

14              Defendants.              <u>ORDER</u>

15   _____/

16              On June 27, 2008, the court granted plaintiff a thirty day extension of time to file

17   an amended complaint.  On July 28, 2008, plaintiff filed a request for judicial notice stating that

18   he cannot file his amended complaint because he has not been granted adequate law library

19   access.  Plaintiff alleges that his legal mail has been upheld for months on previous occasions.

20   Plaintiff also alleges that on the one day of the month, apparently July, that he was allowed

21   access to his legal property, it was in a state of disarray.  Plaintiff is apparently given limited

22   access to his legal property because he is in administrative segregation.

23              Plaintiff does not allege that his legal mail regarding the instant action is presently

24   being delayed.  In addition, plaintiff does not allege why he requires law library access to prepare

25   the amended complaint.  The December 17, 2007, order dismissing the original complaint set

26   forth the pleading defects for plaintiff to cure.  The amended complaint requires only a short and

                                            1

1    plain statement of the claim, <u>see</u> Fed. R. Civ. P. 8, and not citation to legal authority.  While

2    plaintiff's legal property may have been in "disarray," it is unclear how this prevented plaintiff

3    from preparing his amended complaint.

4              The court will grant plaintiff an additional thirty days to file an amended

5    complaint.  No further requests for extension of time will be granted but for a showing of

6    substantial cause.

7              Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days from

8    the date of this order to file an amended complaint; no further extensions of time will be granted

9    but for a showing of substantial cause; failure to file an amended complaint within this time will

10   result in a recommendation of dismissal of this action.

11   DATED:  08/04/08

12                                              /s/ Gregory G. Hollows

13                                              _____
                                                UNITED STATES MAGISTRATE JUDGE

14
     smith.ame
15

16

17

18

19

20

21

22

23

24

25

26