IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT G. SMITH,

        Plaintiff,               No. CIV S-07-1675 GEB GGH P

   vs.

ANTI, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

/////

/////

/////

1

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's November 19, 2008
2   request for the appointment of counsel (Docket No. 65) is denied.
3   DATED: December 5, 20008
4
5                                               /s/ Gregory G. Hollows
6                                               GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE
7   GGH:mp
    smit1675.31
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26